1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD KENNEDY,

11          Plaintiff,                          No. CIV S-06-0271 LKK CMK P

12          vs.

13   C.D.C. DIRECTOR WOODFORD, et al.,

14          Defendants.                         ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In light of 1996

18   amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

19   forma pauperis.

20          The federal venue statute requires that a civil action, other than one based on

21   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if

22   all defendants reside in the same State, (2) a judicial district in which a substantial part of the

23   events or omissions giving rise to the claim occurred, or a substantial part of property that is the

24   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

25   there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

26   /////

1

1    In this case, none of the defendants reside in this district.  The claim arose in

2 Monterey County, which is in the Northern District of California.  Therefore, plaintiff's claim

3 should have been filed in the United States District Court for the Northern District of California.

4 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

5 correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.

6 1974).

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

9 and

10    2.  This matter is transferred to the United States District Court for the Northern

11 District of California.

12

13 DATED:   February 27, 2006.

14

15

16         **CRAIG M. KELLISON**
          UNITED STATES MAGISTRATE JUDGE

17 /mp
 kenn 06cv0271.21

18

19

20

21

22

23

24

25

26

2